# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GONZALEZ VERDUZCO,<br><br>Plaintiff,<br><br>v.<br><br>MARIN, et al.,<br><br>Defendants. | 1:14-cv-01387-BAM (PC)<br><br>ORDER FOR PLAINTIFF TO PROVIDE INFORMATION TO ENABLE SERVICE OF PROCESS UPON DEFENDANTS<br><br>(ECF Nos. 22, 23)<br><br>THIRTY-DAY DEADLINE |

     Plaintiff Salvador Gonzalez Verduzco ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint against Defendants Marin and Rios for excessive force in violation of the Eighth Amendment. (ECF. No. 16.)

     On March 23, 2015, the Court issued an order directing the United States Marshal to attempt service of process upon Defendants Marin and Rios using the assistance of the CDCR's Department of Legal Affairs. (ECF No. 18.) The Marshal was unsuccessful in serving both Defendants, and on August 14, 2015, a copy of both summons were returned unexecuted. (ECF Nos. 22, 23.) The Marshal's return of service as to each Defendant included information from a special investigator with the Office of Legal Affairs stating the CDCR was unable to identify the Defendants. (Id.)

     In order for the Marshal to effect service of process, the Marshal and the CDCR must be able to identify and locate the Defendants. Plaintiff has identified the Defendants as

1

"Correctional Officer Marin" and "Correctional Officer Rios" who are both currently employed at Corcoran State Prison, with a mailing address of P.O. Box 880, Corcoran CA 93212. This information was not sufficient to allow the Marshal and the CDCR to identify and locate the Defendants. Consequently, before the Court will issue another service order, Plaintiff must provide the full name of these Defendants. If he is unable to do so, he must provide alternate information – such as a partial name, title, gender, work assignment, work schedule, etc. – sufficient for the Marshal or the CDCR to identify the Defendants for service.

Plaintiff is cautioned that service cannot go forward unless he provides enough information, and unsuccessful service may result in one or both Defendants being dismissed from this action. It is Plaintiff's responsibility to sufficiently identify the defendants named in his lawsuit. Plaintiff shall be granted thirty days in which to respond to this order with additional information about the unserved Defendants.

For these reasons, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall send a written response to the Court, providing the full name of Defendants Marin and Rios for purposes of service in this action. If he is unable to do so, he shall supply sufficient alternate information, such as a partial name, title, work assignment, work schedule, or other similar information to enable the United States Marshal and the CDCR to identify and locate Defendants for service of process in this action; and

2. Plaintiff is warned that the failure to provide sufficient information for service of Defendants Marin and Rios shall result in the dismissal of any unserved defendant from this action for failure to serve process.

IT IS SO ORDERED.

Dated:   **August 17, 2015**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE